UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNELLA RICHMOND MOSES,
Personal Representative of the Estate of
MARIE MOSES IRONS, Deceased,

      Plaintiff,

v

PROVIDENCE HOSPITAL AND
MEDICAL CENTERS, INC., a domestic
nonprofit corporation and PAUL LESSEM,
M.D.

      Defendants

CASE NO.:

HONORABLE:

Lower Court No.:  05-067104-NH

_____/

| SMITH & GIBSON, P.C. | KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK |
|---|---|
| JOSEPH C. SMITH (P25480 JULIE C. GIBSON (P34619) Attorneys for Plaintiff 2000 Town Center, Suite 1900 Southfield, MI 48075 (248) 351-8737 | RALPH F. VALITUTTI, JR. (P26128) RYAN D. EWLES (P64647) Attorneys for Defendants 10 S. Main, Ste. 200 Mt. Clemens, MI 48043 (586) 493-4472 |

_____/

## **NOTICE OF REMOVAL BY DEFENDANTS**

TO:   CLERK OF THE COURT
      UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

     **NOW COME** Defendants, PROVIDENCE HOSPITAL AND MEDICAL CENTERS, INC., a domestic nonprofit corporation by and through their attorneys, KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK, and hereby respectfully submit this Notice of Removal for the above-captioned case, and as grounds for the removal state as follows:

Kitch Drutchas
Wagner Valitutti &
Sherbrook
KITCH DRUTCHAS WAGNER
One Woodward Avenue,
Suite 2400
DETROIT, MICHIGAN
48226-5485

(313) 965-7900

1.      Plaintiff currently has pending in this Honorable Court, on remand from the Sixth Circuit Court of Appeals, a claim against Providence Hospital and Medical Center, alleging that Dr. Lessem's discharge of Mr. Howard violated federal law, specifically EMTALA, and seeking damages arising out of Mr. Howard's subsequent murder of Marie Moses Irons.

2.      Plaintiff also has pending, on stay, an action in the Oakland County Circuit Court, State of Michigan, a state law medical malpractice claim against the Hospital and Dr. Lessem, arising out of the exact same facts—the care and discharge of Mr. Howard, and the exact same damages—the death of Marie Moses Irons, on which the Federal claim is based.

3.      This Court did previously dismiss the state malpractice claims (over which the Court exercised jurisdiction on motion of Plaintiff) when granting summary judgment as to the EMTALA; however, now that the EMTALA claim is reinstated, the Court, in the interest of justice, should assert supplemental jurisdiction over the state law claims against these two defendants, under Fed Civ R P 20 and 28 USC 1367(a).

4.      Plaintiff, on or about October 19, 2010, moved the state court to lift the stay of proceedings and to allow the filing of an amended Complaint and Affidavit of Merit.

5.      Upon filing by Plaintiff of the motions pending in State Court, Defendants have submitted the instant Notice of Removal to each of the parties and the Courts of interest.

6.      There are no proceedings that have taken place in the State Court action.

7.      The EMTALA claim asserted by Plaintiff in this Court is properly before the Court pursuant to jurisdiction presented by a Federal Question.

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

8.      Moreover, this Court has supplemental jurisdiction pursuant to Title 28, United States Code, § 1367, inasmuch as the Complaint in State Court purports to state claims under Michigan law that are so related to the claim arising under a statute of the United States that it forms part of the same case or controversy under Article III of the United States Constitution.

9.      A copy of this Notice will be served on all adverse parties as required by law.

10.      A copy of this Notice will be filed with the Clerk of the Circuit Court for the County of Oakland as provided by law.

**WHEREFORE**, Defendants give notice that this action is therefore removable to this Honorable Court and respectfully request that an order be entered stating the same.

Respectfully submitted,

KITCH DRUTCHAS WAGNER
VALITUTTI & SHERBROOK

By: /s/  Ryan D. Ewles
RALPH F. VALITUTTI, JR. (P26128)
RYAN D. EWLES (P64647)
Attorneys for Defendants
10 S. Main, Ste. 200
Mt. Clemens, MI 48043
586-493-4472
Ralph.Valitutti@kitch.com
Ryan.Ewles@kitch.com

Dated: November 10, 2010

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNELLA RICHMOND MOSES,
Personal Representative of the Estate of
MARIE MOSES IRONS, Deceased,

       Plaintiff,

v

PROVIDENCE HOSPITAL AND
MEDICAL CENTERS, INC., a domestic
nonprofit corporation and PAUL LESSEM,
M.D.

       Defendants.

_____/

CASE NO.:

HONORABLE:

Lower Court No.:  05-067104-NH

## AFFIDAVIT OF COUNSEL

STATE OF MICHIGAN    )
                          ) SS:
COUNTY OF MACOMB    )

     The undersigned, being first duly sworn, deposes and states that he is the attorney for Defendants in the above-entitled cause of action; that he has read the foregoing Notice of Removal; and he knows the contents thereof; that the same is true to the best of his knowledge, information and belief.

By: /s/  Ryan D. Ewles
RALPH F. VALITUTTI, JR. (P6128)
RYAN D. EWLES (P64647)
Kitch Drutchas Wagner Valitutti & Sherbrook
Attorneys for Defendants
10 S. Main, Ste. 200
Mt. Clemens, MI 48043
586-493-4472
Ralph.Valitutti@kitch.com
Ryan.Ewles@kitch.com

Subscribed and sworn to before me
this 10 th day of November, 2010
  /s/ Linda M. Pappas
Notary Public, Macomb County, MI
My commission expires: 12/07/2016
Acting in Macomb County

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND COUNSELORS
One Woodward Avenue,
Suite 2400
DETROIT, Michigan
48226-5485

(313) 965-7900

MTC01\266967.01

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

JOHNELLA RICHMOND MOSES,
Personal Representative of the Estate of
MARIE MOSES IRONS, Deceased,

      Plaintiff,

v

PROVIDENCE HOSPITAL AND
MEDICAL CENTERS, INC., a domestic
nonprofit corporation and PAUL LESSEM,
M.D.

      Defendants

Hon.  Nanci J. Grant

Case No.:  05-067104-NH

_____/

SMITH & GIBSON, P.C.

JOSEPH C. SMITH (P25480
JULIE C. GIBSON (P34619)
Attorneys for Plaintiff
2000 Town Center, Suite 1900
Southfield, MI  48075
(248) 351-8737

KITCH DRUTCHAS WAGNER
VALITUTTI & SHERBROOK

RALPH F. VALITUTTI, JR.  (P26128)
RYAN D. EWLES (P64647)
Attorneys for Defendants
10 S. Main, Suite 200
Mt. Clemens, MI 48043
(586) 493-4472

_____/

## **NOTICE OF REMOVAL BY DEFENDANTS FROM STATE COURT AND COUNSEL OF RECORDS**

TO:    CLERK OF THE COURT
        Oakland County Circuit Court
        1200 N. Telegraph Rd.
        Pontiac, MI 48341-0404

        SMITH & GIBSON, P.C.
        JOSEPH C. SMITH
        JULIE C. GIBSON
        2000 Town Center, Suite 1900
        Southfield, MI  48075

Kitch Drutchas
Wagner Valitutti &
Sherbrook
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

**PLEASE TAKE NOTICE** that the above-captioned cause has been noticed for removal from the Oakland County Circuit Court, State of Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division, and that attached hereto is a copy of the Notice of Removal which was duly filed on or about November 9, 2010, in the Clerk's Office of said United States District Court for the Eastern District of Michigan, Southern Division.

Respectfully submitted,

KITCH DRUTCHAS WAGNER VALITUTTI & SHERBROOK

By: _____
RALPH F. VALITUTTI, JR. (P26128)
RYAN D. EWLES (P64647)
Attorneys for Defendants
10 S. Main, Suite 200
Mt. Clemens, MI 48043
(586) 493-4472

Dated: November 10, 2010

MTC01\266950.01

MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Johnella Richard Moses, P.R. of the Estate of
Maries Moses Irons, Deceased,

                Plaintiff(s),               Case No.

v.                                    Judge

Providence Hospital and Medical Centers, Inc., et
al.

                Defendant(s).

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,  Providence Hospital and Medical Centers, Inc.
_____

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.      Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

      Yes ☐      No ☑

      If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship
between it and the named party.

      Parent Corporation/Affiliate Name:
Relationship with Named Party:

2.      Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial
interest in the outcome of the litigation?

      Yes ☐      No ☑

      If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

      Parent Corporation/Affiliate Name:
Nature of Financial Interest:

Date: November 10, 2010          /s/ Ryan D. Ewles
                                 _____

                                 P-64647
Kitch Drutchas Wagner Valitutti & Sherbrook
10 S. Main, Ste. 200
Mt. Clemens, MI 48043
(586) 493-4472
ryan.ewles@kitch.com